**United States District Court for the Southern District of Iowa**

Presiding: Honorable Stephanie M. Rose, Chief U.S. District Judge

Case No. 4:05-cr-00064-SMR-WPK-1          :    Clerk's Court Minutes – Supervised Release Revocation

---

| Plaintiff(s) | : | Defendant(s) |
|---|---|---|
| | : | |
| | : | |
| | : | |
| United States of America | : | Jeffery Wayne Shondel |
| | : | |
| | : | |

---

Plaintiff(s) Counsel: Andrew H. Kahl

Defendant(s) Counsel: Nova Danielle Janssen, Peter Joseph Ickes

Court Reporter: Kelli Mulcahy                          :     Interpreter: N/A

---

| Motion(s) for Ruling: | Ruling | / | Ruling Reserved |
|---|---|---|---|
| MOTION for Revocation of Supervised Release [115] | Granted | : | |

---

Proceedings:

Defendant is personally present and represented by Assistant Federal Public Defender Nova Danielle Janssen and CJA counsel Peter Joseph Ickes. Court begins the hearing on the allegations of the following violations of SR: (1) New Law Violation – Possession of Controlled Substance – 3rd or Subsequent Offense; (2) New Law Violation – Possession of Controlled Substance Marijuana 3rd or Subsequent Offense; (3) New Law Violation – Unlawful Possession of Prescription Drug; (4) New Law Violation – Interference with Official Acts; (5) New Law Violation – Possession of Drug Paraphernalia; (6) New Law Violation – Possession of Controlled Substance – Heroin; (7) New Law Violation – Possession of Controlled Substance – Methamphetamine; (8) New Law Violation – Possession of Drug Paraphernalia; (9) Unauthorized Travel Outside the Judicial District . 11:17 AM  Defendant stipulates to the violations. Court finds the violations by a preponderance of the evidence.  Grade B and C Violations + Criminal History Category VI = Revocation Imprisonment Range of 21-27 months.  11:18 AM Government makes argument regarding disposition.  11:18 AM Defendant makes argument regarding disposition. 11:22 AM Defendant allocutes.  11:23 AM Court finds the defendant guilty of the violations. SR Revoked.  Defendant is sentenced to 24 months of incarceration, to be served consecutively to any sentence imposed in the pending cases in Iowa District Court for Appanoose County (FECR007638 and SMSM052500) and Missouri District Court for Callaway County (2024-00027182). Upon release from imprisonment, defendant shall serve a 2 year term of supervised release. Defendant remains detained.  11:28 AM Defendant advised of appeal rights.

Time Start: 11:09 AM

Time End:  11:29 AM

Date: August 28, 2024

/s/ Penny Luthens
_____

Deputy Clerk